IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD KRAUSE AND JEAN KRAUSE,** | ) ) ) | **CASE NO. 8:00CV535** |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | **ORDER** |
| **TYSON FRESH MEATS, INC., f/k/a IBP, Inc.,** | ) ) ) ) | |
| **Defendant.** | ) | |

Upon notice given by the Defendant on January 29, 2007, that this case has settled,

**IT IS ORDERED**:

1.   On or before March 2, 2007, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court that demonstrates their intention to fully dispose of the case. The stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), stating whether the dismissal is with or without prejudice; and

2.   Absent compliance with this order, this case (including all claims and counterclaims) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 30th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge