IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MURRAY LARSON, and JOAN LARSON, | ) ) ) | CASE NO. 8:00CV529 8:00CV530, 8:00CV531, 8:00CV532, 8:00CV533, |
| Plaintiffs, | ) ) | 8:00CV534, 8:00CV535, 8:00CV536, 8:00CV537, |
| V. | ) ) | 8:01CV28, 8:02CV293 |
| TYSON FRESH MEATS, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The Plaintiffs are granted leave of the Court to file under seal, for in camera review, supplemental evidence in support of the parties' joint motion for approval of the proposed settlement agreement.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge